D. Greg Durbin, # 81749
Mandy L. Jeffcoach, #232313
McCORMICK, BARSTOW, SHEPPARD,
   WAYTE & CARRUTH LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Plaintiff, E. & J. GALLO WINERY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. & J. GALLO WINERY, a California corporation,<br><br>             Plaintiff,<br><br>v.<br><br>TOLEDO ENGINEERING CO., INC., an Ohio corporation, and DOES 1 through XX, inclusive,<br><br>             Defendants. | Case No.  1:11-CV-00476-LGO-GSA<br><br>**STIPULATION TO INCREASE LIMIT ON NUMBER OF INTERROGATORIES AND LIMIT ON NUMBER OF DEPOSITIONS; AND ORDER THEREON** |

30262/00081-1751860.v1

STIPULATION TO INCREASE LIMIT ON NUMBER OF INTERROGATORIES AND LIMIT ON NUMBER OF DEPOSITIONS

Now comes Plaintiff E. & J. GALLO WINERY ("Gallo") and Defendant TOLEDO ENGINERING CO., INC. ("TECO") by and through their respective counsel of record herein, and hereby stipulate and agree as follows:

1. The limit on the number of interrogatories each side may serve on the other side pursuant to FRCP, Rule 33(a)(1), be and hereby is increased from 25 to 50; and

2. The limit on the number of depositions each side may take pursuant to FRCP, Rule 30(a)(2)(A)(i), be and hereby is increased from 10 to 15.

Dated: June 21, 2011                                Respectfully submitted,

                                                    McCORMICK, BARSTOW, SHEPPARD,
                                                    WAYTE & CARRUTH LLP


                                                    By:      /s/ D. Greg Durbin
                                                          D. Greg Durbin
                                                          Mandy L. Jeffcoach
                                                          Attorneys for Plaintiff
                                                          E. & J. GALLO WINERY

Dated:  June 21, 2011                               LEWIS, BRISBOIS, BISGAARD & SMITH
                                                    LLP


                                                    By:      /s/ David S. Worthington
                                                          David S. Worthington
                                                          Attorneys for Defendant TOLEDO
                                                          ENGINEERING CO., INC.

30262/00081-1751860.v1                              2

STIPULATION TO INCREASE LIMIT ON NUMBER OF INTERROGATORIES AND LIMIT ON NUMBER OF DEPOSITIONS

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

**ORDER**

The parties having so stipulated and agreed, it is hereby ordered that:

1. The limit on the number of interrogatories each side may serve on the other pursuant to FRCP, Rule 33(a)(1), be and hereby is increased from 25 to 50; and

2. The limit on the number of depositions each side may take pursuant to FRCP, Rule 30(a)(2)(A)(i), be and hereby is increased from 10 to 15.

IT IS SO ORDERED.

Dated:   **June 22, 2011**                               **/s/ Gary S. Austin**
                                                           UNITED STATES MAGISTRATE JUDGE

SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

30262/00081-1751860.v1                    3

STIPULATION TO INCREASE LIMIT ON NUMBER OF INTERROGATORIES AND LIMIT ON NUMBER OF DEPOSITIONS