McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
D. Greg Durbin, #81749
Mandy L. Jeffcoach, #232313
Timothy J. Buchanan, #100409
5 River Park Place East
Fresno, California 93720-1501
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

Cotchett, Pitre, & McCarthy LLP
Frank M. Pitre #100077
Steven N. Williams #175489
Gene W. Kim #279549
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone:   (650) 697-6000
Facsimile:   (650) 697-0577

Attorneys for Plaintiff, E.&J. GALLO WINERY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| E. & J. GALLO WINERY, a California corporation,<br><br>     Plaintiff,<br><br>     v.<br><br>TOLEDO ENGINEERING CO., INC., an Ohio corporation, and DOES I through XX, inclusive,<br><br>     Defendant. | Case No. 1:11-CV-00476-LGO-GSA<br><br>**STIPULATION FOR TAKING OF DEPOSITION OF GRAHAM ROPER IN UNITED KINGDOM; AND ORDER THEREON**<br><br>Judge:   Hon. Gary S. Austin |

The parties, Plaintiff E. & J. GALLO WINERY ("Gallo") and Defendant, TOLEDO ENGINEERING CO., INC. ("TECO"), by and through their respective counsel of record herein, HEREBY STIPULATE AND AGREE that Gallo may take the deposition of Mr. Graham Roper, Fives Stein Ltd./BH-F Eng. Limited, 4 A Churchward, Southmend Park, Didcot, Oxon OX117

HB, United Kingdom, in London, England. Mr. Roper was identified by both parties pursuant to Rule 26 (a)(1)(A) as an individual likely to have discoverable information that the parties may use to support their respective claims or defenses. The parties further agree that this deposition may be used in the same way as depositions taken in the United States. Mr. Roper has voluntarily agreed to appear for a deposition on October 2, 2012, at 9 a.m. BST, in London, England. The deposition will be held at Macfarlanes LLP, 20 Cursitor Street, London, United Kingdom EC4A 1LT.

Pursuant to Federal Rule of Civil Procedure 28(b)(1)(A) and (C), depositions in a foreign country may be taken before a person authorized to administer oaths pursuant to, *inter alia*, (1) an applicable treaty or convention, or (2) the law of the place where the examination is held, or (3) the law of the United States. Furthermore, Federal Rule of Civil Procedure 29 permits parties to stipulate in writing that depositions may be taken before any person, at any time or place, upon any notice, and in any manner.

Here, the court reporter located in the United Kingdom is authorized to administer oaths pursuant to a treaty between the United States and the United Kingdom, under the laws of the United Kingdom, and under the laws of the United States. Both the United Kingdom and the United States are party to the 1970 Hague Convention on the Taking of Evidence Abroad in Civil and Commercial Matters. Under the applicable laws of the United Kingdom and the Hague Convention, local stenographers and solicitors are permitted to preside over voluntary depositions and swear in voluntary witnesses in the United Kingdom. Further, the court reporter located in the United Kingdom is authorized to administer oaths under U.S. law, pursuant to Federal Rule of Civil Procedure 29 and this stipulation.

In accordance with the above, Shola McGregor, or if she is not available, Alan Bell, both court reporters employed by Marten Walsh Cherer Ltd. (1st Floor, Quality House, 6 - 9 Quality Court, Chancery Lane, London WC2A 1HP, United Kingdom), will administer the oath to Mr. Roper and preside over the deposition of Mr. Roper on October 2, 2012. The deposition shall be videotaped by Marten Walsh Cherer Ltd.

1  Gallo shall pay all the expenses, fees, and charges of the witness whose deposition is taken
2 by such party, any charges of the officer presiding at or recording the deposition other than for
3 copies of the deposition, and any expenses involved in providing a place for the deposition. Gallo
4 shall pay for the original of the deposition; and, upon payment of reasonable charges therefor, the
5 officer shall also furnish a copy of the deposition to any party or the deponent.

IT IS SO STIPULATED.

Dated: September 18, 2012

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP


By:     /s/ *D. Greg Durbin*
D. Greg Durbin
Mandy L. Jeffcoach
Timothy J. Buchanan
Attorneys for Plaintiff, E.&J. GALLO WINERY

Dated: September 17, 2012


By:     */s/ Melissa Whitehead*
David S. Worthington
Melissa Whitehead
Attorneys for Defendant, TOLEDO
ENGINEERING CO., INC.

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

3   1:11-CV-00476-LGO-GSA
STIPULATION FOR TAKING OF DEPOSITION OF GRAHAM ROPER IN UNITED KINGDOM; AND ORDER THEREON

# **ORDER**

Having read and considered the foregoing Stipulation, and good cause appearing, IT IS HEREBY ORDERED THAT:

1. Gallo may take the deposition of Mr. Graham Roper, Fives Stein Ltd./BH-F Eng. Limited, 4 A Churchward, Southmend Park, Didcot, Oxon OX117 HB, United Kingdom, in London, England.

2. The deposition may take place on October 2, 2012, commencing at 9 a.m. BST, at Macfarlanes LLP, 20 Cursitor Street, London, United Kingdom EC4A 1LT, or at such other time and location as set by further stipulation of the parties or order of this court.

3. The deposition may be used herein in the same way as a deposition taken pursuant to Rule 30 at a place in the United States.

4. A court reporter in the United Kingdom may administer the oath to Mr. Roper.

5. Shola McGregor, or if she is not available, Alan Bell, both court reporters employed by Marten Walsh Cherer Ltd. (1st Floor, Quality House, 6 - 9 Quality Court, Chancery Lane, London WC2A 1HP, United Kingdom), are hereby authorized to administer the oath to Mr. Roper and preside over the deposition of Mr. Roper.

6. The deposition shall be videotaped by Marten Walsh Cherer Ltd.

7. Gallo shall pay all the expenses, fees, and charges of the witness whose deposition is taken by such party, any charges of the officer presiding at or recording the deposition other than for copies of the deposition, and any expenses involved in providing a place for the deposition.

8. Gallo shall pay for the original of the deposition; and, upon payment of reasonable charges therefor, the officer shall also furnish a copy of the deposition to any party or the deponent.

IT IS SO ORDERED.

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

Dated: **September 18, 2012**          **/s/ Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

5                                     1:11-CV-00476-LGO-GSA
STIPULATION FOR TAKING OF DEPOSITION OF GRAHAM ROPER IN UNITED KINGDOM; AND ORDER THEREON