# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E & J GALLO WINERY, ) | 1:11-cv-476 LJO GSA |
| Plaintiff, ) | |
| v. ) | **ORDER REGARDING RECENTLY** |
| TOLDEDO ENGINEERING CO., INC., ) | **FILED DISCOVERY MOTIONS** |
| Defendant. ) | |

On October 5, 2012, Toledo Engineering Co. ("Toledo" or "Defendant"), filed a Motion to Compel E & J Gallo's ("Plaintiff" or "Gallo") Responses to a Request for Production of Documents. (Doc. 47). Toldeo also filed a Motion for Protective Order that same day. (Doc. 46). On October 5, 2012, Gallo filed a Motion to Compel Toledo's Further Responses to Interrogatories and Further Requests for Production of Documents. (Doc. 48).[1]

In light of the numerous discovery disputes arising between the parties, this Court HEREBY ORDERS that a single joint statement in accordance with Local Rule 251(c), covering all three motions, and not exceeding a total of fifty (50) pages without exhibits, SHALL BE

---

[1] Toledo has also filed a Motion to Modify the Scheduling Order that will also be heard on October 26, 2012 at 9:30 a.m., in addition to these discovery disputes. (Doc. 43).

1

1 FILED no later than October 19, 2012.  The parties must establish good cause and obtain prior
2 Court approval to exceed this page limit.  Failure to timely file the joint statement will result in
3 the removal of these motions from the Court's calendar.
4     The parties are advised that the *personal* appearance of counsel is *required* at the hearing
5 on October 26, 2012, at 9:30 a.m.  The parties are encouraged to work together during meet and
6 confer sessions prior to the hearing.  However, if a resolution is not reached prior to the hearing,
7 the parties shall be required to participate in a meet and confer session with each other and with
8 Judge Austin on the day of the hearing; these sessions will last through the morning and possibly
9 extend into the afternoon until either an agreement is reached, or until the Court determines the
10 dispute is ripe for decision.

15     IT IS SO ORDERED.
16   **Dated:** **October 10, 2012**             **/s/ Gary S. Austin**
17                                                       UNITED STATES MAGISTRATE JUDGE