**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DAVID S WORTHINGTON, SB# 73233
ANDREW E. BENZINGER, SB# 219380
MELISSA M. WHITEHEAD, SB# 262123
2850 Gateway Oaks Drive, Suite 450
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

**KERGER & HARTMANN, LLC**
RICHARD M. KERGER, *Pro Hac Vice*
33 S. Michigan Street, Suite 100
Toledo, Ohio 43604
Telephone: 419.255.5990
Facsimile: 419.255.5997

Attorneys for Defendant TOLEDO ENGINEERING CO., INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| E. & J. GALLO WINERY, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TOLEDO ENGINEERING CO., INC., an Ohio corporation, and DOES I through XX, inclusive,<br><br>Defendants. | CASE NO. 1:11-CV-00476-LJO-GSA<br><br>**STIPULATION AND ORDER RE: MODIFICATION OF PRETRIAL SCHEDULING CONFERENCE ORDER**<br><br>Trial Date:    May 13, 2013 |

IT IS HEREBY STIPULATED between Plaintiff E. & J. GALLO WINERY and Defendant TOLEDO ENGINEERING CO., INC., as follows:

In order to facilitate Defendant's scheduling of depositions of Plaintiff's employees, Martin Rhodes and Jeff Wilson, the parties jointly request that this Court modify its pretrial Scheduling Conference Order and re-set discovery deadlines as follows:

1. Fact Discovery Cut-Off:           October 29, 2012
2. Expert Disclosure Deadline:      November 15, 2012
3. Supplemental Expert Disclosure: December 5, 2012
4. Expert Discovery Cut-Off:        December 21, 2012

4851-9030-1713.1

STIPULATION AND ORDER RE: MODIFICATION OF PRETRIAL SCHEDULING CONFERENCE ORDER

The parties agree that there is good cause for this modification, in light of the already congested deposition schedule in this matter, which includes at least seven depositions already scheduled between October 5 and 15, 2012, to take place in three different cities.  The parties do not intend or agree that the extension provided for by this stipulation shall be used to propound any additional non-expert discovery.

The parties also agree that this stipulation is not intended to resolve all issues previously raised in Defendant's Motion to Modify Scheduling Conferencing Order, currently scheduled for hearing on October 26, 2012. Rather, this stipulation, if approved by the Court, shall be an agreed upon modification, pending the Court's ruling on that Motion.  The parties reserve all of their arguments concerning that motion.

DATED: October 15, 2012          LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Melissa M. Whitehead
    Melissa M. Whitehead
    Attorneys for Defendant TOLEDO
    ENGINEERING CO., INC.

DATED: October 15, 2012          COTCHETT, PITRE & MCCARTHY LLP

By: /s/ Steven N. Williams
    Steven N. Williams
    Attorneys for Plaintiff E. & J. GALLO WINERY

///
///
///
///
///
///
///
///
///

4851-9030-1713.1

2

STIPULATION AND [PROPOSED] ORDER RE: MODIFICATION OF PRETRIAL SCHEDULING CONFERENCE ORDER

///

**ORDER**

In light of the stipulation, and for good cause showing, the Court orders as follows:

1. To allow for the taking of depositions of Mr. Rhodes and Mr. Wilson, fact discovery shall be cut-off on October 29, 2012; and

2. The parties are required to disclose expert witnesses by November 15, 2012. Supplemental expert witness disclosure, if any, shall be served by December 5, 2012. Expert discovery shall be completed on or before December 21, 2012.

IT IS SO ORDERED.

Dated:   **October 15, 2012**               **/s/ Gary S. Austin**
                                     UNITED STATES MAGISTRATE JUDGE