**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DAVID S WORTHINGTON, SB# 73233
MELISSA M. WHITEHEAD, SB# 262123
TALIA DELANOY, SB#239973
2850 Gateway Oaks Drive, Suite 450
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

**KERGER & HARTMANN, LLC**
RICHARD M. KERGER, *Pro Hac Vice*
33 S. Michigan Street, Suite 100
Toledo, Ohio 43604
Telephone: 419.255.5990
Facsimile: 419.255.5997

Attorneys for Defendant TOLEDO ENGINEERING CO., INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| E. & J. GALLO WINERY, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TOLEDO ENGINEERING CO., INC., an Ohio corporation, and DOES I through XX, inclusive,<br><br>Defendants. | CASE NO. 1:11-CV-00476-LJO-GSA<br><br>**STIPULATION AND ORDER RE: MODIFICATION OF PRETRIAL SCHEDULING CONFERENCE ORDER**<br><br>Trial Date:     May 13, 2013 |

IT IS HEREBY STIPULATED between Plaintiff E. & J. GALLO WINERY and Defendant TOLEDO ENGINEERING CO., INC., as follows:

The parties are presently engaged in trying to resolve certain discovery issues. Although certain discovery motions are before the court, the parties have been and continue to work on resolving pending discovery issues.

The parties jointly request that this Court modify its pretrial Scheduling Conference Order and re-set the expert disclosure deadline as follows:

    **1. Expert Disclosure Deadline:**           December 6, 2012

/ / /

4851-3527-4257.1

STIPULATION AND ORDER RE: MODIFICATION OF PRETRIAL SCHEDULING CONFERENCE ORDER

1    The parties agree that the extension is not a basis to extend the current pre-trial conference
2 date and trial date.

3
4 DATED: November 7, 2012          LEWIS BRISBOIS BISGAARD & SMITH LLP

5                                  By:  /s/
                                        Melissa M. Whitehead
6                                       Attorneys for Defendant TOLEDO
                                        ENGINEERING CO., INC.
7
8 DATED: November 7, 2012          McCORMICK, BARSTOW, SHEPPARD, WAYTE &
                                   CARRUTH LLP
9
                                   By:  /s/
10                                      D. Greg Durbin
                                        Attorneys for Plaintiff E. & J. GALLO WINERY
11

## ORDER

In light of the stipulation, and for good cause showing, the expert disclosure deadline is extended until **December 6, 2012.**  The pre-trial conference and the trial remain as scheduled.


IT IS SO ORDERED.

   Dated:   **November 9, 2012**                **/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE