1 **LEWIS BRISBOIS BISGAARD & SMITH LLP**
DAVID S WORTHINGTON, SB# 73233
2 MELISSA M. WHITEHEAD, SB# 262123
TALIA DELANOY, SB#239973
3 2850 Gateway Oaks Drive, Suite 450
Sacramento, California 95833
4 Telephone: 916.564.5400
Facsimile: 916.564.5444
5
**KERGER & HARTMANN, LLC**
6 RICHARD M. KERGER, *Pro Hac Vice*
33 S. Michigan Street, Suite 100
7 Toledo, Ohio  43604
Telephone:  419.255.5990
8 Facsimile:  419.255.5997

9 Attorneys for Defendant TOLEDO
ENGINEERING CO., INC.
10

11 UNITED STATES DISTRICT COURT

12 EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

13 E. & J. GALLO WINERY, a California | CASE NO. 1:11-CV-00476-LJO-GSA
corporation,
14 | **STIPULATION AND ORDER RE:**
Plaintiff, | **MODIFICATION OF PRETRIAL**
15 | **SCHEDULING CONFERENCE ORDER**
vs.
16 | Trial Date:          May 13, 2013
TOLEDO ENGINEERING CO., INC., an
17 Ohio corporation, and DOES I through XX,
inclusive,
18
Defendants.
19

20         IT IS HEREBY STIPULATED between Plaintiff E. & J. GALLO WINERY and

21 Defendant TOLEDO ENGINEERING CO., INC., as follows:

22         The parties are presently engaged in trying to resolve certain discovery issues.  Although

23 certain discovery motions are before the court, the parties have been and continue to work on

24 resolving pending discovery issues.

25         The parties jointly request that this Court modify its pretrial Scheduling Conference Order

26 and re-set the expert disclosure deadline as follows:

27         **1.  Expert Disclosure Deadline:          December 6, 2012**

28 / / /

**LEWIS**
**BRISBOIS**

4851-3527-4257.1

STIPULATION AND ORDER RE: MODIFICATION OF PRETRIAL SCHEDULING CONFERENCE ORDER

1    The parties agree that the extension is not a basis to extend the current pre-trial conference

2   date and trial date.

3

4   DATED: November 7, 2012          LEWIS BRISBOIS BISGAARD & SMITH LLP

5                                    By:   /s/
                                           Melissa M. Whitehead
6                                          Attorneys for Defendant TOLEDO
                                           ENGINEERING CO., INC.
7

8   DATED: November 7, 2012          McCORMICK, BARSTOW, SHEPPARD, WAYTE &
                                      CARRUTH LLP
9
                                     By:   /s/
10                                         D. Greg Durbin
                                           Attorneys for Plaintiff E. & J. GALLO WINERY
11

12                                        **ORDER**

13

14   In light of the stipulation, and for good cause showing, the expert disclosure deadline is

15   extended until **December 6, 2012.**  The pre-trial conference and the trial remain as scheduled.

16

17

18   IT IS SO ORDERED.

19   Dated:   **November 9, 2012**              **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24

25

26

27

28

**LEWIS**
**BRISBOIS**

4851-3527-4257.1                                    2