# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. & J. GALLO WINERY,<br><br>    Plaintiff,<br><br>v.<br><br>TOLEDO ENGINEERING CO., INC.,<br><br>    Defendant. | 1:11-cv-00476 LJO GSA<br><br>**ORDER CONCERNING MODIFICATION OF THE SCHEDULING CONFERENCE ORDER**<br><br>(Documents 43 & 73) |

The Court having considered Defendant Toledo Engineering Co., Inc. ("TECO")'s Motion to Modify Scheduling Conference Order (Doc. 43), Plaintiff E. & J. Gallo Winery ("Gallo")'s Opposition thereto (Doc. 51), TECO's Reply (Doc. 54), and the parties' Joint Statement Re Modification of Pretrial Scheduling Conference Order (Doc. 73) filed November 9, 2012, pursuant to this Court's request, hereby orders as follows:

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Scheduling Conference Order be MODIFIED as follows:

**Nonexpert Discovery Cutoff:  December 22, 2012**

**Expert Disclosure: January 7, 2013**

**Supplemental Expert Disclosure: January 28, 2013**

1

**Expert Discovery Cutoff: February 14, 2013**

**Pretrial Motion Filing Deadline: February 22, 2013**

**Pretrial Motion Hearing Deadline: March 22, 2013**

FURTHER, the Pretrial Conference date of March 28, 2013 and the Jury Trial date of May 13, 2013, are HEREBY VACATED.  Relatedly, counsel are DIRECTED to submit a joint statement providing *agreed upon* new dates for the pretrial conference and jury trial; dates earlier than May 3, 2013, will not be considered.  The aforementioned joint statement shall be filed no later than 12:00 p.m. on November 30, 2012.

Additionally, the parties are DIRECTED to keep the Court apprised regarding any plans to submit this matter to mediation before Retired Justice Steven M. Vartabedian.  Finally, no later than November 16, 2012, the Court will expect to receive a written update regarding the unresolved discovery issues (*see* Doc. 72 at 4, ¶ 11).

IT IS SO ORDERED.

Dated:   **November 13, 2012**                  **/s/ Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE