# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. & J. GALLO WINERY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TOLEDO ENGINEERING CO., INC.,<br><br>　　　　Defendant. | 1:11-cv-00476 LJO GSA<br><br>**ORDER SETTING PRETRIAL**<br>**CONFERENCE AND JURY TRIAL** |

　　　　The Court has considered the Stipulation Regarding Agreed Upon Trial Dates, filed this date by Plaintiff E. & J. Gallo Winery and Defendant Toledo Engineering Co., Inc., wherein the parties agreed upon the date of May 17, 2013, for a Pretrial Conference and July 8, 2013, for a ten-day jury trial. (Doc. 77.)

　　　　The parties are advised that District Judge Lawrence J. O'Neill hears pretrial conferences on Tuesdays, Wednesdays and Thursdays only. The parties selected a Friday, and therefore, the requested date cannot be accommodated. Additionally, trials commence on Tuesdays before Judge O'Neill; accordingly, the parties' Monday selection cannot be accommodated.

//
//

In light of the foregoing, the Court HEREBY SETS the following:

**Pretrial Conference - Thursday, May 16, 2013, at 8:15 a.m. in Courtroom 4**

**Jury Trial (Est. 10 days) - Tuesday, July 9, 2013, at 8:30 a.m. in Courtroom 4**

With regard to the Pretrial Conference, the parties are reminded and directed to file a joint pretrial statement which complies with the requirements of this Court's Local Rule 281.  In addition, the joint pretrial statement should include a brief factual summary and an agreed upon neutral statement of the case.  An additional copy of the joint pretrial statement, carefully prepared and executed by all counsel, shall be electronically filed in CM/ECF and shall be e-mailed in WordPerfect format to ljoorders@caed.uscourts.gov.

The parties' attention is directed to this Court's Local Rules 281 and 282.  This Court will insist upon strict compliance with those rules.

At the pretrial conference, the Court will set deadlines, among others, to file motions in limine, final witness lists, exhibits, jury instructions, objections, and other trial documents.

IT IS SO ORDERED.

Dated:   **November 30, 2012**              /s/ **Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE