McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
D. Greg Durbin, #81749
Timothy J. Buchanan, #100409
William H. Littlewood, #202877
5 River Park Place East
Fresno, California 93720-1501
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

Cotchett, Pitre, & McCarthy LLP
Frank M. Pitre #100077
Steven N. Williams #175489
Gene W. Kim #279549
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone:   (650) 697-6000
Facsimile:   (650) 697-0577

Attorneys for Plaintiff, E.&J. GALLO WINERY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| E. & J. GALLO WINERY, a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TOLEDO ENGINEERING CO., INC., an Ohio corporation, and DOES I through XX, inclusive,<br><br>　　　　　Defendant. | Case No. 1:11-CV-00476-LGO-GSA<br><br>**STIPULATION RE PLAINTIFF E. & J. GALLO WINERY'S MOTION FOR SUMMARY ADJUDICATION; ORDER THEREON**<br><br>**[FRCP 56; Eastern District L.R., 260]**<br><br>Hearing:<br>Date:   March 21, 2013<br>Time:   8:30 AM<br>Courtroom:.4<br><br>Complaint Filed: February 14, 2011<br>Trial date:   July 9, 2013 |

Plaintiff E. & J. Gallo Winery ("Gallo") and Defendant Toledo Engineering Co., Inc. ("TECO"), by and through their respective attorneys of record, hereby enter into the following stipulation with respect to Gallo's Motion for Summary Adjudication of Issues:

WHEREAS, Gallo has advised TECO that it intends to move for summary adjudication of issues pursuant to Federal Rules of Civil Procedure, Rule 56 and Eastern District Local Rule 260, seeking to adjudicate various affirmative defenses alleged by TECO in its Answer (Doc. # 7) to Gallo's Complaint, including, the first, second, fourth, eleventh, fourteenth, seventeenth and twentieth affirmative defenses;

WHEREAS Gallo has further advised TECO that it intends to move affirmatively for summary adjudication, finding that Gallo Glass Company has assigned to Gallo and Gallo holds all of Gallo Glass Company's rights, claims and causes of action, including those alleged in the complaint herein, as set forth in E&J0034150;

WHEREAS, pursuant to the this Court's Scheduling Order (Doc. #14, at pgs. 3-4), Gallo and TECO, by and through their respective attorneys, met and conferred on February 19, 20 and 21, 2013, regarding the issues raised by, and facts in support of, Gallo's anticipated motion for summary adjudication;

WHEREAS, as a result of the parties' above-described meet and confer efforts, TECO and Gallo agree that summary adjudication against TECO and in favor of Gallo is appropriate and should be granted as to TECO's second and twentieth affirmative defenses alleged in TECO's Answer, and that Gallo Glass Company has assigned to Gallo and Gallo holds all of Gallo Glass Company's rights, claims and causes of action, including those alleged in the complaint herein, as set forth in E&J0034150;

WHEREAS, as a result of the parties' above-described meet and confer efforts, TECO and Gallo further agree that an order should be entered, adjudicating such affirmative defenses and issue against TECO and in favor of Gallo without the necessity of the parties litigating a motion thereon:

Based on the forgoing, Gallo and TECO stipulate and agree to an order from this Court on Gallo a motion for summary adjudication relating to the following without the need of litigating a motion thereon, that:

1.  GRANTS summary adjudication against TECO on TECO's second affirmative defense;

2.  GRANTS summary adjudication against TECO on TECO's twentieth affirmative

1  defense; and

2      3.    GRANTS summary adjudication, finding that Gallo Glass Company has assigned to

3  Gallo and Gallo holds all of Gallo Glass Company's rights, claims and causes of action, including

4  those alleged in the complaint herein, as set forth in E&J0034150.

    SO STIPULATED:

6  Dated: February 21, 2013           McCORMICK, BARSTOW, SHEPPARD,
                                  WAYTE & CARRUTH LLP

By: */s/ D. Greg Durbin*
     D. Greg Durbin
     Timothy J. Buchanan
     William H. Littlewood
     Attorneys for Plaintiff, E.&J. GALLO WINERY

Dated: February 21, 2013           LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Melissa M. Whitehead*
     David S. Worthington
     Melissa M. Whitehead
     Talia L. Delanoy
     Attorneys for Defendant TOLEDO
     ENGINEERING CO., INC

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

3
STIPULATION RE GALLO WINERY'S MOTION FOR
SUMMARY ADJUDICATION; ORDER THEREON

**ORDER**

Upon the stipulation of Plaintiff E. & J. Gallo Winery ("Gallo") and Defendant Toledo Engineering Co., Inc. ("TECO"), and good cause appearing therefore, this Court HEREBY issues the following ORDER, without the necessity of the parties litigating a motion for summary adjudication thereon, that:

1. GRANTS summary adjudication against TECO on TECO's second affirmative defense;

2. GRANTS summary adjudication against TECO on TECO's twentieth affirmative defense; and

3. GRANTS summary adjudication, finding that Gallo Glass Company has assigned to Gallo and Gallo holds all of Gallo Glass Company's rights, claims and causes of action, including those alleged in the complaint herein, as set forth in E&J0034150.

IT IS SO ORDERED.

Dated: **February 22, 2013**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

4

STIPULATION RE GALLO WINERY'S MOTION FOR
SUMMARY ADJUDICATION; ORDER THEREON