IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E & J GALLO WINERY,<br><br>             Plaintiff,<br><br>   vs.<br><br>TOLEDO ENGINEERING CO, INC.,<br><br>             Defendant.<br>_____ / | CASE NO. CV F 11-0476 LJO GSA<br><br>**NOTICE OF PENDING U.S. DISTRICT JUDGE REASSIGNMENT AND ORDER TO VACATE DATES** |

Due to the voluminous caseloads of the judges of the Eastern District of California, this action is pending reassignment to U.S. District Judge Sam E. Haddon, District of Montana, upon soon expected approval by the Circuit Office of the Ninth Circuit Court of Appeals. As such, this Court:

1. VACATES the March 21, 2013 summary judgment hearing, May 16, 2013 pretrial conference, and July 9, 2013 trial set before U.S. District Judge Lawrence J. O'Neill;
2. SUSPENDS all summary judgment briefing pending reassignment to Judge Haddon;
3. SETS a tentative telephone conference before Judge Haddon for March 7, 2013 at 10 a.m. PST at which the parties' lead trial counsel are to appear on a conference call to address management of all future district judge matters. The parties are to appear on a joint conference call and contact Judge Haddon at (406) 727-8877. The telephone conference will be confirmed after the Circuit Office's approval of reassignment to Judge Haddon.

IT IS SO ORDERED.

Dated:  **February 28, 2013**      /s/  Lawrence J. O'Neill
                                                   UNITED STATES DISTRICT JUDGE