IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E & J GALLO WINERY, | CASE NO. CV F 11-0476 LJO GSA |
| Plaintiff, | **ORDER ON U.S. DISTRICT JUDGE REASSIGNMENT** |
| vs. | |
| TOLEDO ENGINEERING CO, INC., | |
| Defendant. / | |

Based on this Court's voluminous caseload, the Circuit Office of the Ninth Circuit Court of Appeals has authorized the reassignment of this action to U.S. District Judge Sam E. Haddon, District of Montana. As such, this Court:

1. REASSIGNS this action to U.S. District Judge Sam E. Haddon, District of Montana;
2. SETS a telephone conference before U.S. District Judge Haddon for March 7, 2013 at 10 a.m. PST at which the parties' lead trial counsel are to appear on a conference call to address management of all future district judge matters. The parties are to appear on a joint conference call and contact U.S. District Judge Haddon at (406) 727-8877; and
3. ORDERS the parties to use the new case number **CV F 11-0476 SEH GSA**.

1

U.S. District Judge Lawrence J. O'Neill will take no further action in this case. U.S. Magistrate Judge Gary A. Austin remains assigned this case.

IT IS SO ORDERED.

Dated: **February 28, 2013**    /s/ **Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE