IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.J. GALLO WINERY,<br><br>                    Plaintiff,<br><br>vs.<br><br>TOLEDO ENGINEERING CO., INC.,<br><br>                    Defendant. | 1:11 CV-F-11-0476-SEH-GSA<br><br>ORDER SETTING<br>CONFERENCE CALL |

The Court will conduct a telephonic conference call with counsel for the parties at 10:00 a.m., Pacific Standard Time, on March 7, 2013.

The Court will initiate the call. Counsel shall file a notice setting forth their telephone number for the conference on or before March 6, 2013.

DATED this 4th day of March, 2013.

*[signature]*
SAM E. HADDON
United States District Judge