# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.J. GALLO WINERY,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>TOLEDO ENGINEERING CO., INC.,<br><br>　　　　　　　Defendant. | 1:11 CV-F-11-0476-SEH-GSA<br><br>SCHEDULING ORDER |

A status conference was held by telephone on March 7, 2013. Plaintiff was represented by D. Greg Durbin, Esq. and Frank Mario Pitre, Esq. Defendant was represented by David M. Schoenfeld, Esq. and David S. Worthington, Esq.

ORDERED:

<u>Scheduling Order</u>: The following schedule, established with the concurrence of the parties, will be observed:

Defendant shall file a motion seeking the
Court's permission to file an out-of-time
counterclaim on or before:                                      <u>March 14, 2013</u>

Plaintiff shall have 10 days from the date
of Defendant's motion seeking Court's permission
to file an out-of-time counterclaim in which to respond.

| | |
|---|---|
| Response briefs to cross-motions for summary judgment on or before: | March 18, 2013 |
| Reply briefs to cross-motions for summary judgment on or before: | March 25, 2013 |
| The Court will conduct a hearing on the cross-motions for summary judgment via video in Courtroom 5, Fresno, California, on: | April 4, 2013, at 1:00 p.m. PDT. |

DATED this 12th day of March, 2013.

SAM E. HADDON
United States District Judge