1
2
3
4
5                      IN THE UNITED STATES DISTRICT COURT
6                      FOR THE EASTERN DISTRICT OF CALIFORNIA
7
8  E & J GALLO WINERY,                          CASE NO. CV F 11-0476-SEH-GSA
9              Plaintiff,
                                                ORDER
10       vs.
11 TOLEDO ENGINEERING CO., INC.,
12           Defendant.
13 _____/
14
       Upon the record made in open court on April 22, 2013,
15
       ORDERED:
16
       1.     Plaintiff's Motion for Summary Adjudication of Issues[1] is DENIED.
17
       2.     Defendant's Motion for Summary Judgment[2] is GRANTED in part and DENIED in part
18
   as stated on the record.
19
       3.     Defendant's Motion for Leave to File Counterclaim[3] is GRANTED subject to the
20
   conditions stated in open court.
21
       DATED this _22 M4_ day of April, 2013.
22
23
24                                          SAM E. HADDON
                                            United States District Judge
25
   _____
26   [1] Document No. 92.
27   [2] Document No. 101.
28   [3] Document No. 112.

                                        1