IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E & J GALLO WINERY, | CASE NO. CV F 11-0476-SEH-GSA |
| Plaintiff, | |
| vs. | AMENDED ORDER |
| TOLEDO ENGINEERING CO., INC., | |
| Defendant. | |

The Court's Order of April 22, 2013,[1] is amended as follows:

Upon the record made in open court on April 22, 2013,

ORDERED:

1. Plaintiff's Motion for Summary Adjudication of Issues[2] is GRANTED in part and DENIED in part as stated on the record.

2. Defendant's Motion for Summary Judgment[3] is GRANTED in part and DENIED in part as stated on the record.

---

[1] Document No. 126.

[2] Document No. 92.

[3] Document No. 101.

1

3.   Defendant's Motion for Leave to File Counterclaim[4] is GRANTED subject to the conditions stated in open court.

DATED this 23rd day of April, 2013.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[4] Document No. 112.