

FILED

APR 3 0 2013

Clerk, U.S District Court
District Of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.J. GALLO WINERY,<br><br>    Plaintiff,<br><br>vs.<br><br>TOLEDO ENGINEERING CO., INC.,<br><br>    Defendant. | 1:11 CV-F-11-0476-SEH-GSA<br><br>ORDER |

On April 30, 2013, the Court conducted a telephonic conference call with counsel for the parties. Upon agreement of counsel,

ORDERED:

The final pretrial conference set for May 16, 2013, is VACATED and RESET for May 17, 2013, at 9:00 a.m. at the Paul G. Hatfield Courthouse, 901 Front Street, Helena, Montana.

DATED this 30th day of April, 2013.

            _/s/ Sam E. Haddon_
            SAM E. HADDON
            United States District Judge