

**FILED**

APR 3 0 2013

Clerk, U.S District Court
District Of Montana
Great Falls

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.J. GALLO WINERY, | 1:11 CV-F-11-0476-SEH-GSA |
| Plaintiff, | |
| vs. | ORDER |
| TOLEDO ENGINEERING CO., INC., | |
| Defendant. | |

On April 30, 2013, the Court conducted a telephonic conference call with counsel for the parties. Upon agreement of counsel,

ORDERED:

The final pretrial conference set for May 16, 2013, is VACATED and RESET for May 17, 2013, at 9:00 a.m. at the Paul G. Hatfield Courthouse, 901 Front Street, Helena, Montana.

DATED this 30th day of April , 2013.

SAM E. HADDON
United States District Judge