IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E & J GALLO WINERY, | CASE NO. CV F 11-0476-SEH-GSA |
| Plaintiff, | |
| vs. | ORDER |
| TOLEDO ENGINEERING CO., INC., | |
| Defendant. | |

The Court has been informed that this case has been settled.

ORDERED:

1. All pending motions are DENIED as MOOT.

2. The final pretrial conference set for May 17, 2013, and trial set for July 9, 2013, are VACATED.

3. The parties shall file a stipulation for dismissal and proposed order of dismissal within 30 days of the date of this Order.

DATED this 15th day of May, 2013.

SAM E. HADDON
United States District Judge