IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

E & J GALLO WINERY,

        Plaintiff,

  vs.

TOLEDO ENGINEERING CO., INC.,

        Defendant.

_____/

CASE NO. CV F 11-0476-SEH-GSA

ORDER

The Court has been informed that this case has been settled.

ORDERED:

1.    All pending motions are DENIED as MOOT.

2.    The final pretrial conference set for May 17, 2013, and trial set for July 9, 2013, are VACATED.

3.    The parties shall file a stipulation for dismissal and proposed order of dismissal within 30 days of the date of this Order.

DATED this _15th_ day of May, 2013.

_Sam G Haddon_
SAM E. HADDON
United States District Judge

1