1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   E & J GALLO WINERY,                          CASE NO. CV F 11-0476-SEH-GSA

12              Plaintiff,
                                                  ORDER
13         vs.

14   TOLEDO ENGINEERING CO., INC.,

15              Defendant.

16 _____/

17         A status conference was held with counsel on June 14, 2013.

18         ORDERED:

19         The Court's Order of May 15, 2013,[1] is amended as follows:

20         The parties shall file a stipulation of dismissal and proposed order of dismissal on or before July

21   15, 2013.

22         DATED this _____ day of June, 2013.

23

24                                               _____
                                                 SAM E. HADDON
25                                               United States District Judge

26

27   _____

28         [1] Document No. 133.

                                                   1