IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E & J GALLO WINERY, | CASE NO. CV F 11-0476-SEH-GSA |
| Plaintiff, | ORDER |
| vs. | |
| TOLEDO ENGINEERING CO., INC., | |
| Defendant. | |

Upon the filing of the Joint Statement Regarding Dismissal,

ORDERED:

The Court's Order of June 14, 2013,[1] is amended as follows:

The parties shall file a stipulation of dismissal and proposed order of dismissal on or before October 14, 2013.

DATED this 16th day of July, 2013.

SAM E. HADDON
United States District Judge

---

[1] Document No. 136.

1