1
2
3
4
5
6
7
8               IN THE UNITED STATES DISTRICT COURT
9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   E & J GALLO WINERY,                    CASE NO. CV F 11-0476-SEH-GSA
12                 Plaintiff,
                                            ORDER
13        vs.
14   TOLEDO ENGINEERING CO., INC.,
15                 Defendant.
16   _____/
17        The parties have filed a stipulation for dismissal.
18        ORDERED:
19   This action is DISMISSED WITH PREJUDICE, each party to bear its own costs.
20   DATED this __15th__ day of October, 2013.
21
22                                      _____
23                                      SAM E. HADDON
                                        United States District Judge
24
25
26
27
28

                                  1