1
2
3
4
5
6
7
8               **IN THE UNITED STATES DISTRICT COURT**
9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10
11    E & J GALLO WINERY,                    CASE NO. CV F 11-0476-SEH-GSA
12              Plaintiff,
                                            ORDER
13         vs.
14    TOLEDO ENGINEERING CO., INC.,
15              Defendant.
16    _____/
17         The parties have filed a stipulation for dismissal.
18         ORDERED:
19         This action is DISMISSED WITH PREJUDICE, each party to bear its own costs.
20         DATED this _15th_ day of October, 2013.
21
22                                          SAM E. HADDON
23                                          United States District Judge
24
25
26
27
28

                                    1