UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| E. & J. GALLO WINERY, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TOLEDO ENGINEERING CO., INC., an Ohio corporation, and DOES I through XX, inclusive,<br><br>Defendants. | CASE NO. 1:11-CV-00476-SEH-GSA<br><br>**ORDER TO SEAL DOCUMENTS**<br><br>Judge: Hon. Sam E. Haddon<br><br>Trial Date: None. |

Toledo Engineering Co., Inc.'s (hereafter TECO) request to seal all executed affidavits received by TECO indicating that all Confidential Documents and Information provided to third parties have been destroyed, pursuant to the Stipulation for Protective Order adopted by this court on November 8, 2011 and pursuant to Local Rule 141 and Federal Rules of Civil Procedure 5.2 and 26, is GRANTED.

IT IS HEREBY ORDERED:

Pursuant to the Protective Order section 20(d), counsel is required, within sixty (60) days of the conclusion of litigation, to file under seal all executed affidavits reflecting that Confidential Documents and Information provided to third parties have been destroyed or returned.

TECO has submitted a Notice of Request to Seal Documents, along with a copy of the documents to be sealed, by email to all parties. The documents subject to this request are attached to that email as Exhibit "B". The total number of pages attached to Exhibit B is 22.

1  IT IS FURTHER ORDERED:

2  That the only persons permitted access to the documents are the Judge, his clerks and any other authorized court personnel.

DATED this 18th day of December, 2013.

*Sam E. Haddon*
Sam E. Haddon
United States District Judge